# EXHIBIT A

**STATE OF NORTH CAROLINA**

MECKLENBURG County

File No. 21-CVS- 10034

In The General Court Of Justice
☐ District ☒ Superior Court Division

Name Of Plaintiff
TOWN OF PINEVILLE

Address

City, State, Zip

**VERSUS**

Name Of Defendant(s)
NORFOLK SOUTHERN RAILWAY COMPANY

## CIVIL SUMMONS

☐ **ALIAS AND PLURIES SUMMONS (ASSESS FEE)**

G.S. 1A-1, Rules 3 and 4

Date Original Summons Issued

Date(s) Subsequent Summons(es) Issued

**To Each Of The Defendant(s) Named Below:**

Name And Address Of Defendant 1
Norfolk Southern Railway Company
c/o Corporation Service Company, Registered Agent
2626 Glenwood Avenue, Suite 550
Raleigh NC 27608

Name And Address Of Defendant 2

**IMPORTANT! You have been sued! These papers are legal documents, DO NOT throw these papers out! You have to respond within 30 days. You may want to talk with a lawyer about your case as soon as possible, and, if needed, speak with someone who reads English and can translate these papers!**

**¡IMPORTANTE! ¡Se ha entablado un proceso civil en su contra! Estos papeles son documentos legales. ¡NO TIRE estos papeles!**

**Tiene que contestar a más tardar en 30 días. ¡Puede querer consultar con un abogado lo antes posible acerca de su caso y, de ser necesario, hablar con alguien que lea inglés y que pueda traducir estos documentos!**

**A Civil Action Has Been Commenced Against You!**

You are notified to appear and answer the complaint of the plaintiff as follows:

1. Serve a copy of your written answer to the complaint upon the plaintiff or plaintiff's attorney within thirty (30) days after you have been served. You may serve your answer by delivering a copy to the plaintiff or by mailing it to the plaintiff's last known address, and
2. File the original of the written answer with the Clerk of Superior Court of the county named above.

If you fail to answer the complaint, the plaintiff will apply to the Court for the relief demanded in the complaint.

Name And Address Of Plaintiff's Attorney (if none, Address Of Plaintiff)
Amy P. Hunt/State Bar No. 34166
OFFIT KURMAN, P.A.
301 South College Street, Suite 2600
Charlotte, N.C. 28202-6006

Date Issued 6-25-21 Time 10:08 ☒ AM ☐ PM

Signature [signature]

☒ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court

☐ ENDORSEMENT (ASSESS FEE)
This Summons was originally issued on the date indicated above and returned not served. At the request of the plaintiff, the time within which this Summons must be served is extended sixty (60) days.

Date Of Endorsement | Time ☐ AM ☐ PM

Signature

☐ Deputy CSC ☐ Assistant CSC ☐ Clerk Of Superior Court

**NOTE TO PARTIES:** *Many counties have **MANDATORY ARBITRATION** programs in which most cases where the amount in controversy is $25,000 or less are heard by an arbitrator before a trial. The parties will be notified if this case is assigned for mandatory arbitration, and, if so, what procedure is to be followed.*

(Over)

AOC-CV-100, Rev. 4/18
© 2018 Administrative Office of the Courts

## RETURN OF SERVICE

I certify that this Summons and a copy of the complaint were received and served as follows:

### DEFENDANT 1

| *Date Served* | *Time Served* ☐ AM ☐ PM | *Name Of Defendant* |
|---|---|---|
| | | |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

*Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)*

☐ Other manner of service *(specify)*

☐ Defendant WAS NOT served for the following reason:

### DEFENDANT 2

| *Date Served* | *Time Served* ☐ AM ☐ PM | *Name Of Defendant* |
|---|---|---|
| | | |

☐ By delivering to the defendant named above a copy of the summons and complaint.

☐ By leaving a copy of the summons and complaint at the dwelling house or usual place of abode of the defendant named above with a person of suitable age and discretion then residing therein.

☐ As the defendant is a corporation, service was effected by delivering a copy of the summons and complaint to the person named below.

*Name And Address Of Person With Whom Copies Left (if corporation, give title of person copies left with)*

☐ Other manner of service *(specify)*

☐ Defendant WAS NOT served for the following reason:

| | |
|---|---|
| *Service Fee Paid* $ | *Signature Of Deputy Sheriff Making Return* |
| *Date Received* | *Name Of Sheriff (type or print)* |
| *Date Of Return* | *County Of Sheriff* |

© 2018 Administrative Office of the Courts

21-M-2603

STATE OF NORTH CAROLINA

COUNTY OF MECKLENBURG

FILED

2021 JUN 25 A 10:13

MECKLENBURG CO., C.S.C.

BY.______

IN THE GENERAL COURT OF JUSTICE
SUPERIOR COURT DIVISION
21-CVS-10034

TOWN OF PINEVILLE,

Plaintiff,

vs.

NORFOLK SOUTHERN RAILWAY COMPANY,

Defendant.

**NOTICE OF LIS PENDENS**

Plaintiff, Town of Pineville, hereby gives this Notice of *Lis Pendens* pursuant to N.C. Gen. Stat. § 1-116, *et seq.*

1. That the above-captioned civil action was instituted by the filing of the Summonses and Complaint simultaneously herewith.

2. This action includes a claim for quiet title/declaratory judgment.

3. That the property affected by this action is located in Mecklenburg County, North Carolina, with parcel ID 22105115.

4. This Notice of *Lis Pendens* is filed pursuant to N. C. Gen. Stat. § 1-116, *et seq.*, and all persons will take notice of the same.

This the 23rd day of June, 2021.

OFFIT KURMAN, P.A.

By: Amy P. Hunt by Benjamin Ko

Amy P. Hunt/State Bar No. 34166
Robert B. McNeill/State Bar No. 13038
*Attorneys for Plaintiff*
301 South College Street, Suite 2600
Charlotte, N.C. 28202-6006
Telephone: 704/377-2500
Facsimile: 704/372-2619
E-mail: amy.hunt@offitkurman.com
E-mail: rob.mcneill@offitkurman.com

4824-9681-3552, v. 1

STATE OF NORTH CAROLINA

COUNTY OF MECKLENBURG

FILED IN THE GENERAL COURT OF JUSTICE
SUPERIOR COURT DIVISION
21-CVS- 10034

2021 JUN 25 A 10: 09

MECKLENBURG CO., C.S.C.

BY________

TOWN OF PINEVILLE,

Plaintiff,

vs.

NORFOLK SOUTHERN RAILWAY COMPANY,

Defendant.

**COMPLAINT**

NOW COMES Plaintiff the Town of Pineville, complaining of Defendant Norfolk Southern Railway Company, and alleges and says as follows:

1. The Town of Pineville in a municipality in Mecklenburg County, North Carolina.

2. Upon information and belief, Norfolk Southern Railway Company ("Norfolk") is company organized and existing under the laws of the Commonwealth of Virginia but is authorized to do business and does business in North Carolina. No monetary relief is sought from Norfolk.

3. Jurisdiction and venue are proper in this court.

4. Upon information and belief, Plaintiff owns several tracts of real property in Mecklenburg County, North Carolina. Several of these are adjacent to the railroad owned by Defendant.

5. A dispute has arisen regarding ownership of a portion of one of these tracts.

6. Upon information and belief, Norfolk may claim title to a portion of that real property with parcel ID 22105115 and shown by the Mecklenburg County tax records as owned by Plaintiff (the "Disputed Land").

7. Plaintiff obtained title to at least a portion of the Disputed Land by that deed from Ada Haynes, recorded on September 28, 2000 in Book 11604, Page 813 of the Mecklenburg County Public Registry. A true and accurate copy of the Haynes deed is attached hereto and incorporated herein by reference as **Exhibit A**.

8. The property described in the Haynes deed was originally granted by JW Morrow in that deed recorded on December 14, 1884 in Book 39, 334 of the Mecklenburg County Public Registry. A true and accurate copy of the 1884 Deed is attached hereto and incorporated herein

by reference as **Exhibit B**.

9. Plaintiff is the rightful owner of at least a portion of the Disputed Land based on the deed attached as Exhibit B and the chain of title prior thereto.

10. Upon information and belief, Norfolk may be claiming title to the Disputed Land based on an 1852 deed from JW Morrow to Charlotte and South Carolina Railroad Company; however, this deed was not recorded until 1904—after the 1884 Deed—and was recorded in Book 190, Page 219 of the Mecklenburg County Public Registry. A true and accurate copy of the Railroad Deed is attached hereto and incorporated herein by reference as **Exhibit C**.

11. Because the 1884 Deed was recorded before the Railroad Deed, it takes priority, and the Town of Pineville has a superior claim of title to that portion of the Disputed Land.

12. Plaintiff disputes that the Railroad Deed conveyed the Disputed Land to any predecessor of Norfolk such that Norfolk would not have any claim to title to any portion of the Disputed Land.

13. Additionally, the Railroad Deed upon which Norfolk may be claiming title is an invalid deed, as it is illegible, and the legal description for any property purporting to be conveyed thereby cannot be determined from it.

14. Upon information and belief, it cannot be determined from the face of the Railroad Deed that it conveys any portion of the Disputed Property to Norfolk or its predecessor.

15. The Town of Pineville has exercised continuous, open, hostile, notorious possession of the Disputed Tract since approximately 2000, and, in fact, the police station is located on the Disputed Tract.

16. Pursuant to N.C. Gen. Stat. § 1-253, *et seq.*, and § 1-10, the Town of Pineville is entitled to a declaration that it owns fee simple title to the Disputed Land, free and clear of any interests of Defendant.

WHEREFORE, Plaintiff respectfully prays the Court as follows:

1. That the Court quiet title and enter a declaratory judgment determining that the Disputed Land is owned by Plaintiff, free and clear of any claims by Defendant;

2. That Plaintiff have and recover its costs in this action; and

3. For such other and further relief as the Court deems just and proper.

This the 23rd day of June, 2021.

OFFIT KURMAN, P.A.

By: ______________________________

Amy P. Hunt/State Bar No. 34166
Robert B. McNeill/State Bar No. 13038
*Attorneys for Plaintiff*
301 South College Street, Suite 2600
Charlotte, N.C. 28202-6006
Telephone: 704/377-2500
Facsimile: 704/372-2619
E-mail: amy.hunt@offitkurman.com
E-mail: rob.mcneill@offitkurman.com

4839-3479-3452, v. 1

FOR REGISTRATION JUDITH A GIBSON
REGISTER OF DEEDS
MECKLENBURG COUNTY, NC
2000 SEP 28 02:59 PM
BOOK 11604 PAGE 813-816 FEE $12.00
NC REAL ESTATE EXCISE TAX $250.00
INSTRUMENT # 2000140925

Excise Tax $250.00

Recording Time, Book and Page

Tax Lot No. Parcel Identifier No. 221-051-12
Verified by ____________________ County on the ____ day of ________________, 20 ____
by ______________________________

Mail after recording to **Grantee**
This instrument was prepared by **Horack, Talley, Pharr & Lowndes, P.A. (CDS)**
Brief Description for the index

# NORTH CAROLINA GENERAL WARRANTY DEED

THIS DEED made this **day of September, 2000,** by and between

| GRANTOR | GRANTEE |
| --- | --- |
| **Ada G. Haynes, unmarried** | **Town of Pineville**<br>**P.O. Box 249**<br>**Pineville, NC 28134** |

Enter in appropriate block for each party: name, address, and, if appropriate, character of entity, e.g., corporation or partnership.

The designation Grantor and Grantee as used herein shall include said parties, their heirs, successors, and assigns, and shall include singular, plural, masculine, feminine or neuter as required by context.

WITNESSETH, that the Grantor, for a valuable consideration paid by the Grantee, the receipt of which is hereby acknowledged, has and by these presents does grant, bargain, sell and convey unto the Grantee in fee simple, all that certain lot or parcel of land situated in the City of **Charlotte, Mecklenburg** County, North Carolina and more particularly described as follows:

> **Beginning at a stake in the Road or street on the West side of the Charlotte-Columbia and Augusta Railroad, 65 feet from the center of the track of said Railroad; runs with said street 99 feet more or less to W.L. Fisher's corner; thence South 53 and 1/2, West 91 and 1/2 yards with said Fisher's line to a stake; thence South 36 and 1/2 East 22 yards to an iron bar and railroad line; thence with said railroad line to the beginning, containing four thousand and seventy square yards more or less (4070).**

EXHIBIT
tabbies
A

N.C. Bar Assoc. Form No. 3 © 1977
Printed by Agreement with the N.C. Bar Assoc.
HTPL: 111552.1

The property hereinabove described was acquired by Grantor by instrument recorded in Book 1387 , Page 432.

A map showing the above described property is recorded in , .

TO HAVE AND TO HOLD the aforesaid lot or parcel of land and all privileges and appurtenances thereto belonging to the Grantee in fee simple.

And the Grantor covenants with the Grantee, that Grantor is seized of the premises in fee simple, has the right to convey the same in fee simple, that title is marketable and free and clear of all encumbrances, and that Grantor will warrant and defend the title against the lawful claims of all persons whomsoever except for the exceptions hereinafter stated.

Title to the property hereinabove described is subject to the following exceptions:

1. **Lien of 2001 ad valorem taxes not yet due and payable.**
2. **All conditions, easements and restrictions of record.**

IN WITNESS WHEREOF, the Grantor has hereunto set his hand and seal, or if corporate, has caused this instrument to be signed in its corporate name by its duly authorized officers and its seal to be hereunto affixed by authority of its Board of Directors, the day and year first above written.

USE BLACK INK ONLY

Ada G. Haynes by her Attorney in Fact Willie C. James (SEAL)
Ada G. Haynes by her Attorney In Fact
Willie C. James

_______________________________ (SEAL)

SEAL-STAMP — SUSAN U. McCONNELL NOTARY PUBLIC MECKLENBURG COUNTY, N.C.

NORTH CAROLINA, County of Mecklenburg

I, Susan U. McConnell, a Notary Public of the County and State aforesaid, certify that , Grantor, personally appeared before me this day and acknowledged the execution of the foregoing instrument. Witness my hand and official stamp or seal, this 22nd day of September, 2000.

My commission expires: 10-8-2000 Susan U. McConnell
Notary Public

The foregoing Certificate(s) of _______________________________

_______________________________ is/are certified to be correct. This instrument and this certificate are duly registered at the date and in the Book and Page shown on the first page hereof.

_______________________________ REGISTER OF DEEDS FOR _______________ COUNTY

By _______________________________ Deputy/Assistant-Register of Deeds.

N.C. Bar Assoc. Form No. 3 © 1977
Printed by Agreement with the N.C. Bar Assoc.
HTPL: 111552.1

STATE OF North Carolina
COUNTY OF Mecklenburg

I, Susan U. McConnell , a Notary Public for said County and State, do hereby certify that Willie C. James, attorney in fact for Ada G. Haynes, personally appeared before me this day, and being by me duly sworn, says that he/she executed the foregoing and annexed instrument for and in behalf of the said Ada G. Haynes, and that his/her authority to execute and acknowledge said instrument is contained in an instrument duly executed, acknowledged, and recorded in the office of The Register of Deeds in the County of Mecklenburg, State of North Carolina on the 22nd day of September, 2000, in Book 11604 , Page 813 and that this instrument was executed under and by virtue of the authority given by said instrument granting him/her power of attorney.

I do further certify that the said Willie C. James, acknowledged the due execution of the foregoing and annexed instrument for the purposes therein expressed for and in behalf of the said Ada G. Haynes.

Witness my hand and official seal, this the 22nd day of September, 2000.

(Notary Seal)

SUSAN U. McCONNELL NOTARY PUBLIC MECKLENBURG COUNTY, N.C.

Susan U. McConnell
Notary Public

My Commission Expires: 10.8.2000



JUDITH A. GIBSON
REGISTER OF DEEDS , MECKLENBURG COUNTY
COUNTY & COURTS OFFICE BUILDING
720 EAST FOURTH STREET
CHARLOTTE NC 28202

**************************************************************************************************

| | |
|---|---|
| **Filed For Registration:** | **09/28/2000 02:58 PM** |
| **Book:** | **RE 11604 Page: 813-816** |
| **Document No.:** | **2000140925** |
| | **DEED 4 PGS $12.00** |
| **NC REAL ESTATE EXCISE TAX:** | **$250.00** |
| **Recorder:** | **JESSIE YOUNG** |

**************************************************************************************************

**State of North Carolina, County of Mecklenburg**

**The foregoing certificate of SUSAN U MCCONNELL Notary is certified to be correct. This 28TH of September 2000**

**JUDITH A. GIBSON, REGISTER OF DEEDS By** Jessie Young
**Deputy/Assistant Register of Deeds**

**************************************************************************************************

***2000140925***

State of North Carolina )
Mecklenburg County )
The foregoing deed was duly proven by oath of the subscribing witness let it with the certificate be registered 17 day of Nov 1884
Jno R Erwin CSC

State of North Carolina )
Mecklenburg County )
This Indenture made this Fourteenth day of December A D 1884 by J W Morrow of Mecklenburg County and State of North Carolina to A J Moore wife of William Moore of Mecklenburg County and State of North Carolina Witnesseth That said J W Morrow in Consideration of Two hundred & six Dollars to him paid by A J Moore the receipt of which is hereby acknowledged has bargained and sold and by these presents do bargain sell and convey to said A J Moore and her heirs all that lot of land lying in Mecklenburg County State of North Carolina of Pineville adjoining the lands of C C & A Rail Road & W L Fisher and others bounded as follows viz: Beginning at a Stake in the road or Street on the West side of the Rail Road Sixty five feet from the centre of said Railroad tract then with said Street Ninety Nine (99) feet more or less to W L Fishers corner then S 53½ W 91½ yards with W L Fishers line to a Stake thence S 36½ E 22 yards to Iron Bar and Railroad line, thence with Railroad line to the beginning Containing four thousand & Seventy square yards more or less To have and to hold the aforesaid lot of land and all privileges and appurtenances thereto belonging including the right of dower of J A Morrow feme covert to the said A J Moore her heirs and assigns to her only use and behoof And the said J W Morrow Covenant that he is seized of said premises in fee and has right to convey the same in fee simple; that the same are free from all incumbrances and that he will warrant and defend the said title to the same against the claims of all persons whatsoever In Testimony Whereof the said J W Morrow & J A Morrow have hereunto set their hands and seals the day and year above written
J W Morrow (Seal)
J A Morrow (Seal)
attest
F C Harris

EXHIBIT B

his heirs and assigns shall use the lots hereby conveyed for residence lots only, and that any residence building that may be erected on said lots shall cost not less than $1500; that no building shall be erected within twenty five feet of the streets or avenues upon which the building fronts; further, that no part of the property hereby conveyed shall ever be owned or occupied as a tenant by any colored persons.

In Witness Whereof, the party of the first part has caused its President to sign this deed and to affix its seal thereto, and its Secretary to attest the execution of the same.

Attest: (H.P.C. SEAL) Highland Park Co.
W.S. Alexander by F.M. Brown
President

North Carolina
Mecklenburg County } This 17 day of August 1904 personally came before me W.M. Moore Deputy Clerk of the Superior Court for said County W.S. Alexander who being by me duly sworn says that he knows the common seal of the Highland Park Co. and is acquainted with F.M. Brown who is the President and presiding member of said Corporation, and that the said W.S. Alexander is the Secretary of the said Corporation and saw the said President sign the foregoing instrument and that the said W.S. Alexander signed his name in attestation of the said instrument in the presence of said President of said Corporation. Let the instrument with the certificate be registered.

W.M. Moore Deputy,
Clerk Superior Court

Filed Aug 17 1904 at [illegible] o'clock [illegible] M. Registered Aug 2[illegible] 1904 at [illegible] o'clock [illegible] M.

This Indenture, Made the Fourteenth day of August in the year of our Lord one thousand eight hundred and Fifty two between John M. Morrow of the County of Mecklenburg in the State of North Carolina of the one part, and the Charlotte and South Carolina Railroad Company of the other part Witnesseth, That the said Jno. M. Morrow for and in consideration of the sum of Ten Dollars in hand paid by the said C[illegible]

EXHIBIT C



221 220

and South Carolina Railroad Company and also for the benefit of a Railroad the receipt whereof the said Jno. M. Morrow doth hereby acknowledge. Hath Given, Granted, Bargained and Sold, Released and Confirmed, and by these Presents, doth Give, Grant, Bargain and Sell, Release and Confirm unto the said Charlotte and South Carolina Railroad Company and its assigns forever, All that Tract Piece or Parcel of Land, Situate, Lying and Being in the County of Mecklenburg near to Big Sugar Creek on the line of said Rail Road, Beginning at Station 511 of said railroad and runs 247 feet to a Stake at right angle to the line of said Rail Road on the East side of the Same, thence by a line parallel to the center of said Rail Road Six hundred and Fifty two feet towards the Southern terminus of said Rail Road to a Stake. Thence by a line crossing said Railroad at Station 505 and at right angles to the same 494 feet to a Stake, thence by a line parallel to the center of said Road in the direction of the Northern terminus of the same 652 to a Stake. Thence to the beginning at Station 511 embracing about 4 acres exclusive of the right of way of said Road including the Turn Out about one mile N.E. of B. Sugar Creek at the point where it is crossed by said Railroad said 4 acres are bounded entirely by the land of JM Morrow, And also all the Woods, Ways, Waters and Water Courses, and all and every the appurtenances thereunto Belonging, or in Anywise Appertaining, and the Reversion and Reversions, Remainder and Remainders, Rents, Issues and Profits of the aforesaid Land and Premises, and every part thereof, and all the Estate, Right, Title, Interest, Claim, Property and Demand whatsoever of the said John M. Morrow,

Of, In and To the Land and Premises hereby granted, To Have and To Hold the aforesaid Land and Premises, with the appurtenances unto the said Charlotte and South Carolina Rail Road Company and its assigns, to the proper use and behoof of the said Rail Road Company forever provided the same is used for purposes of a railroad. And the said Jno. M. Morrow for himself and his heirs, the aforesaid Land and Premises, and every part thereof, against himself and his heirs, and against the Claim or Claims of all

Filed Aug 18 1890 ... Registered Aug 27 ... Vol ... Page 12

Case 3:21-cv-00353-FDW-DCK Document 1-1 Filed 07/20/21 Page 15 of 19

And every other person or Persons, whatsoever, to the said Charlotte and South Carolina Railroad Company and its assigns shall and will forever Warrant and Defend by these presents.

In Testimony Whereof, the said Jno. M. Morrow has hereunto set his hand and affixed his seal, the day and year first above written.

Signed, Sealed and Delivered in Presence of.
R. C. McCalla Jr.

J. M. Morrow (Seal)

State of North Carolina
Mecklenburg County } October Term 1852.

I certify that the execution of the within deed was duly proved in open Court by R. C. McCalla a witness thereto was recorded & ordered to be registered.

B. Oates CCC.

Filed Aug 18 1904 at 1 o'clock P. M. Registered Aug 27 1904 at 12 o'clock — M.

State of North Carolina
Mecklenburg County } This deed together with the Clerk's Certificate is registered in my office in Book No. 3.06 71 Oct 18 1852
F. M. Ross Reg.

This Indenture, made the nineteenth day of March in the year of our Lord one thousand eight hundred and Fifty two between Alexander Springs of the County of Mecklenburg in the State of North Carolina of the one part, and The Charlotte and South Carolina Railroad Company of the other part,

Witnesseth, That the said Alexander Springs for the Consideration of the sum of Four Thousand Dollars to him in hand paid by the said Charlotte & South Carolina Railroad Company the receipt whereof the said Alexander Springs doth hereby acknowledge Hath Given, Granted, Bargained, and Sold Aliened and Confirmed, and by These Presents, doth Give, Grant Bargain and Sell, Alien and Confirm unto the said Charlotte and South Carolina Railroad Company and its assigns forever, All that Tract, Piece or Parcel of Land, Situate Lying and Being in the County of Mecklenburg and Town of Charlotte, and designated in the Plot of said Town as

STATE OF NORTH CAROLINA

COUNTY OF MECKLENBURG

FILED

IN THE GENERAL COURT OF JUSTICE
SUPERIOR COURT DIVISION
21-CVS-10034

2021 JUL -6 P 2: 09

MECKLENBURG CO., C.S.C.

BY ______

TOWN OF PINEVILLE,

Plaintiff,

vs.

NORFOLK SOUTHERN RAILWAY COMPANY,

Defendant.

**AFFIDAVIT OF SERVICE**

Amy Hunt, first being duly sworn, deposes and says that:

1. She is an attorney of record for the plaintiff, Town of Pineville, in the above-entitled action, and she makes this Affidavit pursuant to Rule 4(j2) of the North Carolina Rules of Civil Procedure and N.C. Gen. Stat. § 1-75.10(4).

2. On June 25, 2021, a Civil Summons, Notice of Lis Pendens, and Complaint in this action were deposited in the United States Post Office for mailing by certified mail, return receipt requested, addressed to Defendant Norfolk Southern Railway Company, c/o Corporation Service Company, Registered Agent, at 2626 Glenwood Avenue, Suite 550, Raleigh, NC 27608.

3. The Post Office delivered the aforesaid papers June 28, 2021, at the address indicated to Heather Hughes, a person presumed to be authorized to accept service and who signed the return receipt. The electronic delivery receipt is attached as **Exhibit A.**

This the 6th day of July, 2021.

OFFIT KURMAN, P.A.

By: [signature]

Amy P. Hunt/State Bar No. 34166
*Attorneys for Plaintiff*
301 South College Street, Suite 2600
Charlotte, North Carolina 28202-6006
Telephone: 704/377-2500
Facsimile: 704/372-2619
E-Mail: Amy.Hunt@OffitKurman.com

SIGNED and SWORN TO (or AFFIRMED) and subscribed before me this day by Amy Hunt.

Date: July 6, 2021

[signature]

Chavon L. Matthews, Notary Public
My commission expires: March 9, 2025

CHAVON L. MATTHEWS
NOTARY
MY COMMISSION EXPIRES 03/09/2025
PUBLIC
MECKLENBURG COUNTY, NC

## CERTIFICATE OF SERVICE

I, Amy Hunt, do hereby certify, that on this date that service of the foregoing **Affidavit of Service** was this date had upon the party herein by depositing a copy of same in the United States Mail, postage prepaid, addressed as follows:

Norfolk Southern Railway Company
c/o Corporation Service Company, Registered Agent
2626 Glenwood Avenue, Suite 550
Raleigh, NC 27608

Dated this 6th day of July, 2021.

OFFIT KURMAN, P.A.

Amy Hunt

4833-0719-8960, v. 1